UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:18-cr-199(S1)-J-39JBT

KIRKLAND GEORGE LAWRENCE

_____

### ORDER TO DEFENDANT

**THIS CAUSE** is before the Court sua sponte. Fourteen days have elapsed since the imposition of sentence and the entry of judgment in this matter. No notice of appeal has been filed. Accordingly, it is hereby

**ORDERED:**

1. Defendant, himself, is **DIRECTED** to file within **twenty (20) days** from the date of this Order a written declaration that the decision not to file a notice of appeal was his informed and voluntary choice. If that is not the case, Defendant must file a written statement so advising the Court.

2. Failure to respond to this Order as directed shall be deemed by the Court to be an acknowledgment by Defendant that the decision not to pursue an appeal was his informed and voluntary choice.

3. Any document filed in response to this Order shall be signed by Defendant personally.

4. The United States Marshal or his designee is **DIRECTED** to forthwith furnish a copy of this Order to Defendant personally and to make a return on a copy of this Order stating the date and manner of doing so.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of October, 2019.

BRIAN J. DAVIS
United States District Judge

Copies to:

Counsel of Record
Defendant,
United States Marshal

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:18-cr-199(S1)-J-39JBT

KIRKLAND GEORGE LAWRENCE
_____

## RETURN

I have furnished a copy of the Order to Defendant personally to Defendant,

_____ on _____, 2019, by hand

delivery at _____.

UNITED STATES MARSHAL

By: _____
Deputy United States Marshal

OR HIS DESIGNEE

Name:_____

Title:_____